# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-3720

_____

Pradheep Chhalliyil

*Plaintiff - Appellant*

v.

Foodchain ID Group, Inc., a Delaware corporation doing business in Iowa;
Heather Secrist, individually and in her corporate capacities

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: July 22, 2022
Filed: July 29, 2022
[Unpublished]

_____

Before GRUENDER, MELLOY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Pradheep Chhalliyil appeals the district court's[1] adverse grant of summary judgment in his removed employment discrimination action. After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. <u>See</u> <u>Banks v. John Deere & Co.</u>, 829 F.3d 661, 665 (8th Cir. 2016) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.